KATHRYN KENEALLY
Assistant Attorney General

ADAM R. SMART
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6422 (v)
202-307-0054 (f)
Adam.R.Smart@tax.usdoj.gov

*Attorney for the United States of America*

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>JAMES P. DEFAZIO, KATHLEEN J. ELLIS, CITIBANK, N.A., successor to CITIBANK FSB, BANK OF AMERICA, N.A., successor to SECURITY PACIFIC NATIONAL BANK, N.A., WILLIAM DEFAZIO INC. PROFIT SHARING PLAN AND MONEY PURCHASE PENSION PLAN DATED 9/14/1981, STATE OF CALIFORNIA FRANCHISE TAX BOARD, and COUNTY OF SACRAMENTO,<br><br>         Defendants. | Case No. 2:14-cv-993-JAM-KJN<br><br>**STIPULATION AND ORDER REGARDING LIEN PRIORITY AMONG THE CALIFORNIA FRANCHISE TAX BOARD, COUNTY OF SACRAMENTO, AND THE UNITED STATES** |

Stipulation to Priority                        1                        2:14-cv-993-JAM-KJN

1  The United States of America ("United States"), California Franchise Tax Board, the County of Sacramento, through undersigned counsel, stipulate and agree as follows:

1. On April 22, 2014, the United States filed its Complaint in this matter seeking to reduce to judgment federal tax assessments against Defendant James P. DeFazio and to foreclose its federal tax liens against real property located at located at 349 Wyndgate Road, Sacramento, California, 95864 (the "Subject Property"), which is situated in the County of Sacramento, State of California, the legal description of which is attached to the Complaint in this matter.

2. The United States named the California Franchise Tax Board and the County of Sacramento as defendants in this action in order to fulfill the requirements of 26 U.S.C. § 7403(b) that "[a]ll persons having liens upon or claiming any interest in the property involved in such action [to enforce a tax lien] shall be made parties thereto."

3. It is agreed that the United States is the holder of federal tax liens, which are referenced in paragraphs 16 through 19 of the Complaint in the above-captioned matter, which arose on the corresponding dates set forth in paragraph 6 below, encumber the Subject Property. Notices of Federal Tax Lien were filed with the Sacramento County Recorder on the dates set forth in paragraphs 25 through 29 of the Complaint. Copies of these notices are attached as Exhibit A hereto.

4. It is agreed that the Franchise Tax Board is the holder of state tax liens against James P. DeFazio that arose on the corresponding dates identified in paragraph 6 below, which encumber the Subject Property. Notices of State Tax Lien were recorded with the Sacramento County Recorder on October 20, 2006, January 16, 2008, and August 4, 2011. Copies of these notices are attached hereto as Exhibit B.

5. It is agreed that Sacramento County is the holder of a lien against the Subject Property as the result of delinquent utility charges, in the amount of $948.94 as of May 7, 2014. It is agreed that the County of Sacramento's liens for delinquent utility payments arose on July 14, 2008 and July 18, 2011. Copies of the recorded Statements of Delinquent Utility Charges are attached hereto as Exhibit C.

6. It is agreed that, for the purposes of the above captioned action only, the lien priorities among the United States, the California Franchise Tax Board, and the County of Sacramento are as follows:

| Priority | Lien Holder | Tax Period | Assessment Date / Recording Date | Balances Due[1] |
|---|---|---|---|---|
| 1 | FTB | 540 (TY 1990) | 8/26/2003 / 10/20/2006 | $9,096.24 |
| 2 | FTB | 540 (TY 1991) | 8/26/2003 / 10/20/2006 | $17,864.23 |
| 3 | FTB | 540 (TY 1992) | 8/26/2003 / 10/20/2006 | $9,351.26 |
| 4 | FTB | 540 (TY 1994) | 8/26/2003 / 10/20/2006 | $11,176.41 |
| 5 | IRS | 1040 (TY2003) | 6/14/2004 / 11/4/2004 | $47,455.24 |
| 6 | Sacramento County | Delinquent Utility Charges | 7/5/2008 / 8/2/2011 | $948.94 |

---

[1] IRS values are as of May 1, 2014. Franchise Tax Board values are as of February 10, 2014. County of Sacramento values are as of May 7, 2014.

| Priority | Lien Holder | Tax Period | Assessment Date / Recording Date | Balances Due[1] |
|---|---|---|---|---|
| 7 | IRS | 1040 (TY2000) | 10/13/2003 / 3/04/2014 | $41,178.20 |
| 8 | IRS | 1040 (TY2001) | 10/13/2003 / 3/04/2014 | $7,151.47 |
| 9 | IRS | 1040 (TY2002) | 10/20/2003 / 3/04/2014 | $25,886.48 |
| 10 | IRS | 1040 (TY1999) | 10/27/2003 / 3/04/2014 | $59,291.18 |
| 11 | IRS | 1040 (TY2004) | 11/21/2005 / 7/5/2013 | $4,993.62 |
| 12 | IRS | 1040 (TY2005) | 11/27/2006 / 7/5/2013 | $14,264.00 |
| 13 | FTB | 540 (TY2002) | 10/30/2007 / 1/16/2008 | $888.45 |
| 14 | IRS | 1040 (TY2006) | 11/12/2007 / 7/5/2013 | $2,529.29 |
| 15 | IRS | 1040 (TY2007) | 11/24/2008 / 7/5/2013 | $7,851.50 |
| 14 | FTB | 540 (TY2008) | 11/5/2009 / 8/4/2011 | $696.24 |
| 15 | IRS | 1040 (TY2008) | 11/16/2009 / 7/5/2013 | $9,060.47 |
| 15 | FTB | 540 (TY2009) | 10/20/2010 / 8/4/2011 | $794.22 |
| 16 | IRS | 1040 (TY2009) | 11/15/2010 / 7/5/2013 | $8,367.53 |
| 17 | IRS | 1040 (TY2010) | 11/14/2011 / 7/5/2013 | $1,839.39 |

| Priority | Lien Holder | Tax Period | Assessment Date<br><br>Recording Date | Balances Due[1] |
|---|---|---|---|---|
| 18 | IRS | 1040 (TY2011) | 11/19/2012<br><br>7/5/2013 | $4,218.83 |
| 19 | IRS | 1040 (TY2012) | 9/9/2013<br><br>11/5/2013 | $2,321.20 |

7.     Should the real property described in paragraph 1 above be sold pursuant to an order of the Court, the United States will ensure that any proposed order of sale provides for the relative priority of the liens as set forth in this stipulation, and that the proceeds of the sale, if any remain, be applied in accordance with the aforementioned priority (at least as between these three parties) to the extent these liabilities still exist at that time.

8.     Sacramento County and the California Franchise Tax Board will cooperate with counsel for the United States and timely respond to reasonable requests for information regarding the status of their outstanding liens so that the United States can properly account for all distribution of sale proceeds.  In addition, Sacramento County and the California Franchise Tax Board agree to cooperate with respect to any further stipulations as to priority of the liens held by Citibank and Bank of America once they appear in this action.

9.     In consideration of the foregoing, the interests of the County of Sacramento and the Franchise Tax Board in the outcome of this litigation are protected and their continued participation in this action, except as specified herein, is not needed for a complete adjudication of the relief sought by the United States.

10.     Accordingly, the County of Sacramento and the California Franchise Tax Board request an order that they need not further participate in the litigation, unless ordered by the

Court to do so, and that each party to this stipulation bear its costs, including any possible attorney's fees or other expenses of litigation, excepting the costs incurred in selling the Property, which are to be reimbursed from the proceeds of the sale of the Property prior to satisfying the outstanding liens on the Property.

IT IS SO STIPULATED.

Dated: June 4, 2014

KATHRYN KENEALLY
Assistant Attorney General

By: /s/ Adam R. Smart_____
ADAM R. SMART
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6422

*Attorney for the United States of America*

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
*Of Counsel*

Dated: June 4, 2014

JOHN F. WHISENHUNT, County Counsel
SACRAMENTO, CALIFORNIA

By: /s/ Diane E. McElhern_____
Diane E. McElhern, Deputy
Attorneys for Defendant
COUNTY OF SACRAMENTO

//

| | | |
|---|---|---|
| 1 | Dated:  May 29, 2014 | CALIFORNIA FRANCHISE TAX BOARD |
| 2 | | |
| 3 | | By: /s/ Todd M. Bailey<br>TODD M. BAILEY<br>Franchise Tax Board |
| 4 | | Legal Department, MS: A-260<br>P.O. Box 1720 |
| 5 | | Rancho Cordova, CA 95741-1720<br>Telephone: (916) 845-6340 |
| 6 | | Facsimile:  (916) 845-3648 |

**IT IS SO ORDERED**

Dated:   June 4, 2014                              /s/ John A. Mendez_____
                                                              John A. Mendez
                                                              United States District Court Judge