IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES P. DEFAZIO, KATHLEEN J. ELLIS, CITIBANK, N.A., successor to CITIBANK FSB, BANK OF AMERICA, N.A., successor to SECURITY PACIFIC NATIONAL BANK, N.A., WILLIAM DEFAZIO INC. PROFIT SHARING PLAN AND MONEY PURCHASE PENSION PLAN DATED 9/14/1981, STATE OF CALIFORNIA FRANCHISE TAX BOARD, and COUNTY OF SACRAMENTO,<br><br>　　　　Defendants. | Case No. 2:14-cv-993-JAM-KJN<br><br>**ORDER** |

The United States reports that it has not yet been able to serve the primary defendant in this case. The only active parties request an extension of the time to file a joint status report. For good cause shown,

**IT IS ORDERED THAT**

The parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and file a joint status report on or before August 20, 2014.

**IT IS SO ORDERED**.


Date:  July 2, 2014                    /s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　United States District Court Judge