CAROLINE D. CIRAOLO
Acting Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
*Of Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES P. DEFAZIO, et al.,<br><br>Defendants. | Case No. 2:14-cv-993-JAM-KJN<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING DISCOVERY, and ORDER** |

IT IS HEREBY STIPULATED AND AGREED by plaintiff United States of America ("United States"), and defendant James P. Defazio that the parties jointly request an order continuing the last day to complete discovery to February 29, 2016. The scheduling order (ECF 21) previously set January 15, 2016, as the last day to complete discovery. The parties are discussing a possible resolution and would like to schedule the final depositions in February. No other changes in the schedule are necessary.

The United States and Mr. DeFazio, being all remaining active parties, respectfully request an order continuing the last day to complete discovery to February 29, 2016, in accordance with the foregoing.

Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

Dated: December 16, 2015    */s/ G. Patrick Jennings*
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

Date: December 16, 2015    */s/ Stuart L. Smits*
STUART LANSING SMITS
Attorney at Law
166 Mills Road
Sacramento, CA 95864

Attorneys for JAMES P. DEFAZIO

**ORDER**

**IT IS ORDERED THAT** all discovery in this case shall be completed by February 29, 2016.

**IT IS SO ORDERED**.

Date:  December 17, 2015    /s/ John A. Mendez_____
JOHN A. MENDEZ
U.S. District Court Judge