UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>JAMES P. DEFAZIO, et al.,<br><br>          Defendants. | Case No. 2:14-cv-993-JAM-KJN<br><br>**ORDER AMENDING SCHEDULE**<br><br>***(AS MODIFIED BY THE COURT)*** |

The parties jointly request an order continuing the remaining dates in this case for approximately 90 days.  The parties are discussing a possible resolution and report a scheduling conflict.  For good cause shown,

**IT IS ORDERED THAT**

The last day to file dispositive motions shall be June 21, 2016.

The last day to hear such a motion shall be July 19, 2016, at 1:30 p.m.

Joint pretrial statement due August 19, 2016,

The Final Pretrial Conference is set for August 26, 2016, at  10:00 a.m.

Trial (party estimate 3 days) is set to begin October 17, 2016 at 9 a.m.

All other terms of the Scheduling Order filed March 23, 2015, remain in effect.

**IT IS SO ORDERED**.

Date:  March 3, 2016         /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
                                          U.S. District Court Judge