UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES P. DEFAZIO, et al.,<br><br>    Defendants. | Case No. 2:14-cv-993-JAM-KJN<br><br>**ORDER AMENDING SCHEDULE** |

The parties jointly request an order continuing the remaining dates in this case for approximately 30 days. The parties are discussing a possible resolution. For good cause shown,

**IT IS ORDERED THAT**

The last day to file dispositive motions shall be July 8, 2016.

The last day to hear such a motion shall be August 9, 2016 at 1:30 p.m.

A joint pretrial statement is due September 30, 2016.

The Final Pretrial Conference is set for October 7, 2016 at 11 a.m.

Trial (party estimate 3 days) is set to begin December 5, 2016 at 9 a.m.

All other terms of the Scheduling Order filed March 23, 2015, remain in effect.

**IT IS SO ORDERED**.

Date: June 8, 2016

/s/ John A. Mendez
JOHN A. MENDEZ
U.S. District Court Judge

13990664.1